IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LISA HUBLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:05-05083-CV-DW |
| ) | |
| NEVADA R-5 SCHOOL ) | |
| DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. (Doc. 26). Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff's case is DISMISSED WITHOUT PREJUDICE with each party bearing their own attorney fees. See FED. R. CIV. P. 41(a)(1). The clerk of the court shall mark this case as closed.

IT IS SO ORDERED

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

DATE: May 31, 2006